## United States Bankruptcy Court
### Eastern District of North Carolina Newbern Division

IN RE  
WESLEE SCOTT REDINGER  
609 WILLBROOK CIRCLE

1209097  
DOUGLAS M. STROUT  
300 A. WESTERN BLVE.  
JACKSONVILLE, NC 28546-0000

SNEADS FERRY, NC 28460  
                SSN or Tax I.D. XXX-XX-8669  
-------------------------------  
MARY MARGARET REDINGER  
609 WILLBROOK CIRCLE

United States Bankruptcy Court  
U.S. Post Office & Courthouse  
2nd Floor, 413-415 Middle Street  
New Bern, NC 28560

SNEADS FERRY, NC 28460  
                SSN or Tax I.D. XXX-XX-9137  
Other Names Used:

CLAIM NO: -Court-A        Unit

### OBJECTION TO CONFIRMATION
### AND MOTION TO RECONVERT

The undersigned Chapter 13 Trustee reports to the Court that the Plan of the Debtor(s) does not meet requirements of 11 USC 1325 in that:

   FAILURE TO MAKE PLAN PAYMENTS.

The Trustee further reports that the debtor(s) have not filed a proposed modification of the Plan; and

It is requested that the Court enter an Order denying confirmation and reconverting to a Chapter 7 case; and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily reconvert this case to a Chapter 7 case without further notice or hearing.

DATED: August 09, 2013           /S/ Richard M. Stearns  
                                         Richard M. Stearns, Trustee

# CERTIFICATE OF MAILING

0014

CASE: 1209097  TRUSTEE: 54  COURT: NB  Page 1 of 1
TASK: 08-07-2013.00684587.BLB010  DATED: 08/09/2013

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Debtor | | WESLEE SCOTT REDINGER | 609 WILLBROOK CIRCLE<br>SNEADS FERRY, NC 28460 |
| Joint | | MARY MARGARET REDINGER | 609 WILLBROOK CIRCLE<br>SNEADS FERRY, NC 28460 |
| 799 | 000002 | DOUGLAS M. STROUT | 300 A. WESTERN BLVE.<br>JACKSONVILLE, NC 28546-0000 |
| 043 | 000043 | GEORGE M. OLIVER<br>PO BOX 1548 | OLIVER & FRIESEN, PLLC<br>NEW BERN, NC 28563 |

5 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/09/2013.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON  08/09/2013  BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail